**Oscar Lee SYKES, Plaintiff—
Appellant,**

v.

**HORRY COUNTY; Tom Fox, Director;
Susan Safford, Captain; A. Cunning-
ham, Lieutenant, Defendants—Appel-
lees.**

No. 06–7763.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 22, 2007.

Decided: March 2, 2007.

Oscar Lee Sykes, Appellant Pro Se.
Edgar Lloyd Willcox, II, Willcox, Buyck &
Williams, PA, Florence, South Carolina,
for Appellee.

Before WILLIAMS, MOTZ, and
SHEDD, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Oscar Lee Sykes appeals the district
court's order accepting the recommenda-
tion of the magistrate judge and denying
relief on his 42 U.S.C. § 1983 (2000) com-
plaint. We have reviewed the record and
find no reversible error. Accordingly, we
deny Sykes' motion for appointment of
counsel and affirm for the reasons stated
by the district court. *See Sykes v. Horry*

*County,* No. 4:04–cv–02329–RBH, 2006
WL 2827709 (D.S.C. Sept. 28, 2006). We
dispense with oral argument because the
facts and legal contentions are adequately
presented in the materials before the court
and argument would not aid the decisional
process.

*AFFIRMED.*